| | |
|---|---|
| **From:** | CA02db Intake |
| **To:** | CA02db Case_Closing |
| **Cc:** | Yana Segal |
| **Subject:** | 22-196-cv / Perkins v. City of New York USCA Order |
| **Date:** | Tuesday, January 24, 2023 4:00:08 PM |

**From:** ecf_bounces@nyed.uscourts.gov <ecf_bounces@nyed.uscourts.gov>
**Sent:** Tuesday, January 24, 2023 2:27 PM
**To:** nobody@nyed.uscourts.gov
**Subject:** Activity in Case 1:21-cv-03887-BMC Perkins v. City of New York USCA Order

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

**U.S. District Court**

**Eastern District of New York**

## Notice of Electronic Filing

The following transaction was entered on 1/24/2023 at 2:26 PM EST and filed on 1/24/2023

**Case Name:** Perkins v. City of New York
**Case Number:** 1:21-cv-03887-BMC
**Filer:**
**WARNING: CASE CLOSED on 01/14/2022**
**Document Number:** 22

**Docket Text:**
**SUMMARY ORDER of USCA as to [21] Notice of Appeal filed by Nicole Perkins. IT IS HEREBY ORDERED, that the Judgment of the District Court is hereby VACATED, and the case is REMANDED for further proceedings consistent with this order. Certified Copy Issued: 1/24/2023. USCA# 22-196. (VJ)**

**1:21-cv-03887-BMC Notice has been electronically mailed to:**

Andrew Rozynski     arozynski@EandBLaw.com, ETownsend@EandBLaw.com,

KHarris@EandBLaw.com, aalcalde@EandBLaw.com, aclark@eandblaw.com, cmcdonough@eandblaw.com, dhommel@EandBLaw.com, etownsend@eandblaw.com, rlubin@EandBLaw.com, semichalowski@eandblaw.com, wjuhn@eandblaw.com

William Juhn     wjuhn@eandblaw.com

Angela M. Wanslow     awanslow@law.nyc.gov

**1:21-cv-03887-BMC Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP NYEDStamp_ID=875559751 [Date=1/24/2023] [FileNumber=17550547-0]
[580491ce6cff881f5a840e94b0d0b69095e176bea8519225858e3f89e9a38e242c0d
4081d154e9a9eb2bf68ed0489fcaaf2d36c5f84554fc92d654ddded09a70]]