**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

**DEBRA ANN LIVINGSTON**
CHIEF JUDGE

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

Date: January 24, 2023
Docket #: 22-196cv
Short Title: Perkins v. City of New York

DC Docket #: 21-cv-3887
DC Court: EDNY (BROOKLYN)
DC Judge: Cogan

# VERIFIED ITEMIZED BILL OF COSTS

Counsel for __NICOLE PERKINS_____

respectfully submits, pursuant to FRAP 39 (c) the within bill of costs and requests the Clerk to prepare an itemized statement of costs taxed against the
__DEFENDANT-APPELLEE, CITY OF NEW YORK_____

and in favor of
__PLAINTIFF-APPELLANT, NICOLE PERKINS_____

for insertion in the mandate.

Docketing Fee     __$500_____

Costs of printing appendix (necessary copies __6 X $53.15__ ) __$255.12_____

Costs of printing brief (necessary copies __6 X $55.08__ ) __$264.36_____

Costs of printing reply brief (necessary copies __6 X $10.91__ ) __$65.46_____

**(VERIFICATION HERE)**

_____
Andrew Rozynski

# DECLARATION OF ANDREW ROZYNSKI

I, Andrew Rozynski, Esq., hereby declare and verify, pursuant to Federal Rules of Appellate Procedure 39(a)(3) and (d)(1) and under penalty of perjury:

1. I am a Partner at the law firm of Eisenberg and Baum, LLP and the attorney-of-record for Plaintiff-Appellant Nicole Perkins.

2. Attached hereto as Exhibit A is a true and accurate copy of receipts reflecting cost incurred for printing only necessary copies of Plaintiff-Appellant's opening brief, appendix, and reply brief in the above-captioned case.

3. I declare that the Verified and Itemized Bill of Cost to which this Declaration is attached comports Federal Rule of Appellate Procedure 39 and states only the cost for the number of copies necessary.

4. I declare that the cost of copies to be taxed are seven each for Plaintiff-Appellant's Opening Brief and Appendix. I also declare that the number of copies of Plaintiff-Appellant's Reply Brief to be taxed is six.

Dated: February 7, 2023

Respectfully submitted,

By:_____
Andrew Rozynski, Esq.
**Eisenberg & Baum, LLP**
24 Union Square East, PH
New York, NY 10003
Main: (212) 353-8700
Fax: (212) 353-1708
arozynski@eandblaw.com

COUNSEL FOR PLAINTIFF-APPELLANT

# EXHIBIT A

| | |
|---|---|
| **From:** | StaplesReceipt@staples.com |
| **Sent:** | Thursday, March 24, 2022 3:01 PM |
| **To:** | Cort McDonough |
| **Subject:** | Here's your Staples receipt |

# StaplesConnect



```
                5 Union Square West
                 New York, NY 10003
                   212-929-6323

Store: 953              Register: 5
Date: 3/24/22           Time: 2:59 PM
Transaction: 5050       Cashier: 1047391

              REWARDS NUMBER   4917065353
```

| Qty | Item | Price | Amount |
|---|---|---|---|

```
********* Order Number 2229780207*********

        ESSAY/DOCUMENT-CUS
6       1980563                  53.15      255.12
Coupon No. 39692                             (63.78)
        EXPRESS GUARANTEE
1       2623897                  95.67       95.67
        FINISHING ONLY
6       1967507                  10.91       52.35
Coupon No. 39692                             (13.09)
        EXPRESS GUARANTEE
1       2623897                  19.63       19.63
        FINISHING ONLY
6       1967507                  10.91       52.35
Coupon No. 39692                             (13.09)
        EXPRESS GUARANTEE
1       2623897                  19.63       19.63
        ESSAY/DOCUMENT-CUS
6       1980563                  55.08      264.36
Coupon No. 39692                             (66.09)
        EXPRESS GUARANTEE
1       2623897                  99.13       99.13
```

**Questions on Customer Order 2229780207**
Call your local Staples Store

`*****************************************`

1

```
                    Subtotal        858.24
            NEW YORK 8.875%          76.17

                       Total        934.41
 MasterCard                      USD$934.41
 Card No. : XXXXXXXXXXXX5583 [K]
 Auth No. : 497703


 ***************************************************

 Coupon Summary

 Coupon            Exp Date          Amount
 39692             07/01/22          156.05

 ***************************************************

              Staples Connect,
          the working and learning store.
        Discover every tool to take on tomorrow
             including products, services
            and inspiration that help you
                unlock what is possible.

           Shop Smarter. Get Rewarded.
        Staples Rewards members get up to
               5% back in Rewards.
         Exclusions Apply. See an associate for
          full program details or to enroll.

              THANK YOU FOR SHOPPING AT
                  STAPLES CONNECT!

 NYC Service Dealer #1229384-DCA
 NYC Elec. Store #1241181-DCA
 NYC Secondhand Dealer #2095622-DCA
```



**Customer Copy**
_ _ _ _ _ _ _ _ _CUT HERE _ _ _ _ _ _ _ _ _ _ _ _ _ _

**YOUR OPINION COUNTS
AND WILL BE REVIEWED**

**BY THIS STORE'S MANAGER!**

```
         Please take a short survey
      and be entered into a monthly drawing
   to win one of four $500 Staples gift cards.
             No purchase necessary
                   Log on to
```
**https://survey3.medallia.com/StaplesCares**
```
              Your survey code:
            3505 2500 2920 2053 400
              Survey Code expires:
                    04/07/2022
                         2
```

```
         POR FAVOR TOME NUESTRA ENCUESTA EN ESPANOL en la
          pagina de Internet o en el telefono  indicado
             arriba. Su opinion es muy  importante para
           nosotros.  Consulte los detalles en nuestra
                               tienda.
```



## The Working and Learning Store

Explore what's possible at **staplesconnect.com** or visit your local store.

| | | |
|---|---|---|
| Small Business | Services | Rewards |
| Working | Shop | Store Locator |
| Learning | Weekly Ad | Help Center |



Privacy Policy

Staples, Inc., 500 Staples Drive, Framingham, MA 01702