# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 29th day of March, two thousand twenty-three,

Before:  Dennis Jacobs,
 Joseph F. Bianco,
 Eunice C. Lee,
  *Circuit Judges,*

_____

Nicole Perkins,

    Plaintiff - Appellant,

v.

City of New York,

    Defendant - Appellee.

_____

**STATEMENT OF COSTS**

Docket No. 22-196

IT IS HEREBY ORDERED that costs are taxed in the amount of $674.20 in favor of Appellant Nicole Perkins.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

